# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69366

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying appellant's application to proceed in forma pauperis and prohibiting him from filing and serving a complaint in a civil matter on the ground that he is a vexatious litigant. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order denying an application to proceed in forma pauperis and prohibiting appellant from filing and serving a complaint. *See* NRAP 3A(b). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

Supreme Court
OF
Nevada

(O) 1947A

16-30586

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
Percy Lavae Bacon
Attorney General/Carson City
Eighth District Court Clerk